IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROCHELLE P., | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Case No. 3:20-cv-0828-B-BT** |
| | § | |
| COMMISSIONER, SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The District Judge has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated May 2, 2024. *See* Doc. 33. The District Judge has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the District Judge accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,** this 29th day of May, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE